UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 18-CV-2000

KENNETH M. DINY et al.,

    Defendants.

---

ORDER CONCERNING PRIORITY OF LIEN PAYMENT

---

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that any proceeds up to the amount owed to Greenstone Farm Credit Services, FLCA (currently, $40,903.98) from the sale of property in Brown County, WI described as:

    Parcel II:

Lot One (1), Vol. 13 Certified Survey Maps, Page 95, Map No. 2675; said map being part of the Southeast Quarter of the Northeast Quarter (SE ¼ of the NE ¼), Section Sixteen (16), Township Twenty-one (21) North, Range Twenty (20) East, in the Town of Holland, Brown County, Wisconsin.

Tax Parcel Number: HL-316-2

shall be first paid to Greenstone Farm Credit Services, FLCA prior to paying any balance owed to the plaintiff.

    SO ORDERED this 22nd day of April, 2019.

                                                s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court